IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01523-PSF-BNB

QFA ROYALTIES LLC; and
QIP HOLDER LLC,

    Plaintiffs,

v.

AMERICAN DELI'S, INC.;
PETER J. DALEY; and
SALLY A. DALEY,

    Defendants.

---

### ORDER ON MOTION FOR PERMISSION TO APPEAR TELEPHONICALLY
---

    Defendants' Motion for Permission for Telephonic Participation at Scheduling Conference (Dkt. # 37) is DENIED.

    DATED: December 2, 2005

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge