IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01523-PSF-BNB

QFA ROYALTIES LLC; and
QIP HOLDER LLC,

    Plaintiffs,

v.

AMERICAN DELI'S, INC.;
PETER J. DALEY; and
SALLY A. DALEY,

    Defendants.

## ORDER RE MOTION FOR EXTENSION OF TIME

This matter is before the Court on Plaintiffs' Motion for an Extension of Time to File Expert Disclosures and to Respond to Counterclaims (Dkt. # 55). The Court hereby

ORDERS that defendants shall respond to this motion no later than **5:00 p.m. on Monday, February 13, 2006.**

    DATED: February 6, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*

                                            _____
                                            Phillip S. Figa
                                            United States District Judge