IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01523-PSF-BNB

QFA ROYALTIES LLC; and
QIP HOLDER LLC,

      Plaintiffs,

v.

AMERICAN DELI'S, INC.;
PETER J. DALEY; and
SALLY A. DALEY,

      Defendants.

---

## ORDER RE MOTION TO AMEND SCHEDULING ORDER

---

This matter is before the Court on Plaintiffs' Unopposed Motion to Amend Scheduling Order (Dkt. # 61). The Court ORDERS that a hearing on this motion is set for **March 30, 2006 at 3:00 p.m.** which may be conducted telephonically in whole or in part. Those participating in this hearing are directed to arrange among themselves to call Chambers (303-335-2174) on <u>one conference line</u> **(no speaker, cordless or cell phones are permitted)** at the appropriate time to be forwarded to the courtroom telephone. Counsel are not precluded from participating in person.

DATED: March 22, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge