IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01523-PSF-BNB

QFA ROYALTIES LLC; and
QIP HOLDER LLC,

    Plaintiffs,

v.

AMERICAN DELI'S, INC.;
PETER J. DALEY; and
SALLY A. DALEY,

    Defendants.

## ORDER ON MOTION TO VACATE DEADLINES

This matter is before the Court on Plaintiffs' Notice of Settlement and Motion to Vacate Deadlines (Dkt. # 67), filed April 7, 2006. The Notice reports that a settlement has been reached between plaintiff and the individual defendants as to all claims and counterclaims between them, that a settlement with the corporate defendant is anticipated to be initiated after necessary rulings by the bankruptcy court expected by April 20, 2006 and completed shortly thereafter, and thereafter the case can be dismissed. The parties therefore request that all pending deadlines, including the Final Trial Preparation Conference set for May 12, 2006, and the trial date set for May 22, 2006, be vacated.

The Court acknowledges that the parties believe a settlement of this case has been reached, but notes that on at least one previous occasion the same parties had

seemingly reached a settlement that did not come to fruition. Accordingly, the Court will grant, in part, the motion to vacate deadlines, and vacate those deadlines that are set for a date prior to April 20, 2006 so that the parties can conserve their resources and concentrate their efforts on finalizing the settlement of all claims between them. However, the deadlines set for a date after April 20, 2006 remain in place subject to further notice from the parties as to the status of an overall settlement, or the filing of a stipulation to dismiss all claims and counterclaims pending this in case.

Accordingly Plaintiffs' Notice of Settlement and Motion to Vacate Deadlines (Dkt. # 67) is GRANTED in part, and DENIED in part, as set forth herein.

Dated: April 11, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge

2