IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01523-PSF-BNB

QFA ROYALTIES LLC; and
QIP HOLDER LLC,

    Plaintiffs,

v.

AMERICAN DELI'S, INC.;
PETER J. DALEY; and
SALLY A. DALEY,

    Defendants.

## ORDER OF DISMISSAL

    The Court having reviewed the parties' Stipulation for Dismissal With Prejudice (Dkt. # 74) and the file in this matter and being fully advised does hereby

    ORDER that the above-captioned action is hereby DISMISSED WITH PREJUDICE, each party to bear his, her or its own costs, including attorneys' fees.

    DATED: May 18, 2006

                                    BY THE COURT:

                                    *s/ Phillip S. Figa*
                                    _____
                                    Phillip S. Figa
                                    United States District Judge